MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. MARK KANG (NYBN 4033999)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7050
    Facsimile: (415) 436-7234
    E-Mail: Mark.Kang@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>      Plaintiff,       )<br>                                    )<br>   v.                   )<br>JOSE CASTENEDA MORALES,   )<br>  a/k/a Jose Manuel Casteneda-Morales, )<br>  a/k/a Jose Morales-Casteneda,    )<br>  a/k/a Jose Casteneda,       )<br>                                    )<br>      Defendant.     )<br>_____) | No. CR 12-0691 WHA<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME UNDER 18**<br>**U.S.C. § 3161** |

      On October 16, 2012, the parties in this case appeared before the Court. At that time, the Court set the matter to October 30, 2012. The parties have agreed to exclude the period of time between October 16, 2012 and October 30, 2012 from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0691 WHA

1  At the hearing, the Court made findings consistent with this agreement.  SO STIPULATED:
2
3
                                                MELINDA HAAG
4                                               United States Attorney
5
6  DATED: October 30, 2012            _____/s/_____
                                                J. MARK KANG
7                                               Special Assistant United States Attorney
8
9  DATED: October 30, 2012            _____/s/_____
                                                EDWARD HU
10                                              Attorney for JOSE CASTENEDA MORALES
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0691 WHA

1 [PROPOSED] ORDER

2       For the reasons stated above and at the October 16, 2012 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 16, 2012 through October 30, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: October 31, 2012.



_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 12-0691 WHA